AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>LEON ARTHUR KEITH PHILLIPS<br><br>Defendant(s) | )<br>)  Case No.  4:24-349 mj-<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2024__ in the county of __Polk and Story__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1591(a) and 1591(b)(1) | Sex trafficking by force, fraud, and coercion |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

_Complainant's signature_
Luke Eblen, Investigator, DMPD
_Printed name and title_

Date: 7/26/24 @ 4:18 p.m.

_Judge's signature_
Helen C. Adams, U.S. Magistrate Judge
_Printed name and title_

City and state: Des Moines, Iowa

FILED
By: Clerk's Office, Southern District of Iowa
4:42 pm, Jul 26 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | ) ) ) ) ) )  Case No.   4:24-mj-349<br><br>**[FILED UNDER SEAL]** |

I, **Luke Eblen**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Senior Police Officer with the Des Moines, Iowa Police Department and have been so employed since 2015. I am currently assigned as an investigator in the Vice/Narcotics Control Section and have been so assigned since July of 2021. During this time, I have conducted and assisted with multiple narcotics investigations and search warrants. I have completed a twenty-three-week training academy at the Des Moines Police Department's Regional Academy and have received annual in-service training on legal updates and drug trends. I have been a member of the Metro STAR tactical team since November 2020 and have assisted in executing several search warrants for Des Moines Police Department Vice/Narcotics Control Section (DMPD-NCS) and other law enforcement agencies.

2. While on patrol, I conducted and assisted with hundreds of drug cases within the City of Des Moines. In connection with my duties and responsibilities as a local certified police officer, I have testified in judicial proceedings and prosecutions for multiple criminal code violations: including drug trafficking and firearms offenses. During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of narcotics, as well as illegal

FILED
By: Clerk's Office, Southern District of Iowa
4:42 pm, Jul 26 2024

firearms activity, in violation of federal and state laws, which have led to arrests, convictions of violators, and seizures of narcotics and firearms and proceeds gained from illegal activity. In the course of my duties, I have conducted or participated in physical and electronic surveillance, undercover transactions, the execution of search warrants, debriefing of informants, interviews of witnesses, reviews of tape-recorded conversations involving drug trafficking activities, and other records kept by or related to drug traffickers and illegal firearms activity. I have also conducted multiple investigations involving the sex trafficking of adults and/or minors, some of which resulted in the filing of federal or state charges.

3. I have also attended the following educational courses/training seminars:

- Reid Interview and Interrogation Techniques (24 hours);
- Physical Surveillance for Counter Narcotic Investigations (40 hours);
- Patrol Rifle School (64 hours);
- Undercover Techniques and Survival for Narcotics Officers (40 hours);
- Basic SWAT Operators Course (40 hours);
- Clandestine Laboratory (40 hours);
- Development, Management, and Control of Drug Informants (24 hours);
- Iowa Narcotics Officers Association Annual Conference (2022, 2023) (48 hours);

- Illicit Massage Parlors (8 hours);

- North American Human Trafficking Conference (24 hours);

- Human Trafficking Task Force Training (8 hours).

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that Leon Arthur Keith PHILLIPS has committed a violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(1) (sex trafficking by force, fraud, and coercion).

## **PROBABLE CAUSE**

### **Missing Person June 3, 2024**

6. On June 3, 2024, Des Moines Police Department Family Conflict Section received information from a reporting party that the reporting party's daughter, Victim 1, born in 2003, was a missing person and was in danger due to the person whom Victim 1 was with. The reporting party stated that Victim 1 was with

PHILLIPS (date of birth 05/XX/1992). Sergeant Becker issued a bulletin for Victim 1, who was believed to be in the company of PHILLIPS.

7. The reporting party believed PHILLPS was sex trafficking Victim 1, and that Victim 1 was addicted to drugs. The reporting party stated that PHILLPS and Victim 1 stay at various hotels and use rental vehicles to travel. The reporting party further explained there is a history of domestic violence between PHILLIPS and Victim 1, that Victim 1 had previously sustained serious injuries from PHILLIPS, and that PHILLIPS had threatened to kill Victim 1 in the past. The reporting party included two photographs of Victim 1's face which appear to have been taken by Victim 1. One photo depicts Victim 1's face with two black eyes and an injury to her bottom lip. The other photo depicts Victim 1's face with bruising and discoloration on her jaw, one black eye, and an injury to her bottom lip. The reporting party included a video taken by Victim 1 in the mirror showing bruising on her upper arms and face.

## Traffic Stop June 20, 2024

8. On June 20, 2024, Des Moines Police Department Patrol Officers Pottorff and Ladd were conducting routine patrol and observed a vehicle parked at the gas pumps at 1000 East University Avenue in Des Moines, Polk County, Iowa. Officers Pottorff and Ladd observed the vehicle occupied by several individuals and noted a male standing outside the vehicle.

9. Officer Pottorff and Ladd observed the male outside the vehicle, known to them as PHILLIPS. Both officers were aware of PHILLIPS due to the bulletin

4

released to law enforcement that PHILLIPS was with Victim 1, who had active arrests warrants.

10. Officer Pottorff and Ladd parked and approached PHILLIPS and at this time they detected the odor of marijuana emitting from the vehicle. Officers then detained all the occupants of the vehicle. None of the occupants was Victim 1. Officer Pottorff and Ladd observed an open bottle of tequila liquor inside the vehicle. PHILLIPS explained this was a rental vehicle he had rented.

11. A probable cause search of the vehicle resulted in Officer Pottorff and Ladd discovering inside the center console of the vehicle a cookie wrapper containing marijuana. In the trunk of the vehicle was a commercial grade package containing THC edibles along with 27 unopened/used commercial grade THC packages.

12. During the search of the vehicle, Officer Pottorff noted a large quantity of male and female clothing in the trunk of the vehicle. The trunk contained several bags of miscellaneous personal hygiene products that were for males and females.

13. Officers placed PHILLIPS under arrest for state drug charges. Officer Pottorff observed PHILLIPS holding a black Apple iPhone in his hand when PHILLIPS was placed in handcuffs and Officer Charlie Minnehan located $2,119.25 in U.S. Currency in PHILLIPS' pants pocket.

14. After being advised of his Miranda rights and while being transferred from the squad car to the police wagon, PHILLIPS told Officers Pottorff and Ladd to "call his girl." PHILLIPS said he was supposed to go pick her up. PHILLIPS had Officer Ladd unlock the black Apple iPhone and got the telephone number for "his

girl". PHILLIPS later unlocked this cellular telephone and gave the telephone number (XXX-XXX-8142) for "his girl."

### Execution of Federal Search Warrant on Cellular Telephone

15. On June 21, 2024, a search warrant for PHILLIPS' black Apple iPhone was signed by Honorable Judge William P. Kelly in the Southern District of Iowa.

16. On June 24, 2024, at the Des Moines Police Department Vice and Narcotic Control Section Office, Investigator Bartak performed a Cellbrite Extraction on PHILLIPS' black Apple iPhone. I later reviewed the extraction report.

17. The Apple ID on the device is identified as leon.phillips1@icloud.com and telephone number assigned is XXX-XXX-4016.

18. In the images and video library on the PHILLIPS' phone, I located two videos dated May 27, 2024. PHILLIPS appears to be holding the phone and videorecording. PHILLIPS and Victim 1 are in a hotel room. In the first video, which is timestamped at 5:30pm and is approximately 37 seconds in length, Victim 1 can be seen laying in a bed speaking on the hotel phone. Red and purple bruising is visible above and under both eyes. In the second video, which is timestamped at 6:33pm and is approximately 3:04 minutes in length, PHILLIPS tells Victim 1 to get up, Victim 1 asks PHILLIPS for a wheelchair because she cannot walk anymore due to pain, and PHILLIPS responds that she had recently walked in the hallway. PHILLIPS says that she destroyed the bed and that he knows she is going to start screaming soon. PHILLIPS tells Victim 1 to come on, Victim 1 says to give her a second, PHILLIPS says that Victim 1 has been yelling at him to take her to the

emergency room all day. After some additional conversation, PHILLIPS tells Victim 1 that he tried to help her, and she responds that he did not because he told her she could not go to the emergency room until her eyes looked better. PHILLIPS says that he tried to take her to the emergency room several times and Victim 1 responds that he wanted to leave her there, PHILLIPS responds that he was going to leave his car there.

19. In the images and video library on PHILLIPS' phone, I located a 33-second video dated June 7, 2024. PHILLIPS appears to be holding the phone and videorecording. PHILLIPS and Victim 1 are in a hotel room that is different than the one described above. Victim 1 says she is leaving, PHILLIPS responds by calling her a "crazy bitch", telling her to stop, and, based on Victim 1's statement to let her go, appears to grab Victim 1. The videorecording captures the audio of a physical struggle between PHILLIPS and Victim 1. The video pans randomly around the room as PHILLIPS and Victim 1 struggle. Victim 1 says to let her leave. PHILLIPS tells her to "chill out", calls her a "crazy bitch" and continues to physically prevent her from leaving.

20. In the images and video library on PHILLIPS' phone, I located multiple videos and photographs that appear to be taken by PHILLIPS of himself holding large quantities of U.S. currency. Additionally, I located multiple videos of photographs of what appears to be marijuana and Xanax.

21. Under the "Gmail" App on PHILLIPS phone, I located an email thread titled "skipthegames.com response: Dutchess...", dated June 7, 2024. The first part

7

of the message reads, Jamminwrestling@gmail.com has sent you a message in response to your post . . . on skipthegames.com. The content of the message is "Hi I'm 38 white looking for a hour visit, can you meet". Other emails from Skip the Games are present in PHILLIPS' account. Based on my training and experience, the website Skipthegames.com is used to advertise commercial sex services. The advertisements for commercial sex services usually include methods to contact the commercial sex worker, including but not limited to a phone number or sending messages through the skipthegames.com website.

22. I located a text message conversation dated June 9, 2024, between PHILLIPS and a telephone number (ending in 8142) being utilized by Victim 1.

23. At approximately 8:11 p.m., Victim 1 text messages PHILLIPS, "Omg i need cobdpms [condoms]…Lmk [let me know] when he's here…" PHILLIPS responds, "Lmk…" at or about 8:52 p.m. Victim 1 sends the messages, "He's done he getting dressed rn [right now]…" PHILLIPS says, "Ok…Lmk…feel like u good…" Victim 1 replies, "Yeah" and he says, "Ok lmk room…hello…" Victim 1 sends, "517".

24. Later on this date, Victim 1 shares her location at approximately 10:16 p.m., then PHILLIPS later text messages her, "I'm n same spot…" and she replies, "He's talking it's just the house not apartments…" PHILLIPS says, "Ok baby lmk when you know you good…hello…Don't rush it but lmk you good baby i be trippin ready to come n there when you don't respond…"

25. At approximately 11:02 p.m., Victim 1 sends, "I will.." and PHILLIPS texts back to her, "Ok…He ain't give you the money yet?…Your time started since

8

you walked in hope he know that..." Several minutes later, Victim 1 text messages PHILLIPS, "I know i been started it jges [sic] just talking..." and PHILLIPS responds, "Explains to him that you need the donation tho wtf that's first thing he suppose to give to you when walk thru door..." She replies, "He's saying 90 he's sending..." PHILLIPS asks, "90$?...What..." and Victim 1 says, "He's sending me $1000 for 90 min..." PHILLIPS then says, "Ok...Make sure you send me half when he does and make sure you good and lmk whaterver..." Based my training and experience, the text message conversations between PHILLIPS and Victim 1 described above are consistent with Victim 1 engaging in commercial sex acts and PHILLIPS receiving half of the money she earned.

26. Through investigation, I located commercial sex advertisements featuring photographs of Victim 1 posted on the website Skipthegames.com in the Des Moines metro area and elsewhere in June 2024. I located a commercial sex ad first posted on June 12, 2024, for Ames, Iowa, that featured a facial photograph of Victim 1 and listed a phone number for customers to call as XXX-XXX-8073. The title of the ad is "Duchess" and her age was listed as 21-years-old. This advertisement reads, "NOT HERE FOR LONG LETS MEET (kiss face emoji)...(heart emoji/camera emoji) Content (videocamera emoji) AVAILABLE (kiss face emoji/cash emoji) Cash app: (dollar emoji) CASH (heart emoji) Our visit will have you speechless Guaranteed one of best cleaning of negativity and stress any girl around can and will offer you (star emoji/rose emoji) If your not scared and wanna meet me.... Then let's set something up call/txt XXX-XXX-8073 also Facetime

9

verification offered". One of the photographs on the ad features a female's torso in a pink bikini without the face visible. I have located that same photograph of a female's torso in a pink bikini on PHILLIP's cell phone. Based on my investigation, I believe Victim 1 is the person featured in the photograph of the female's torso in a pink bikini.

27. Through investigation, I located a commercial sex advertisement posted on June 8, 2024, and June 9, 2024, for Ames, Iowa. The title of the ad is "Dutchess" and her age was listed as 21-years-old. The ad features a total of seven photographs, six do not show any part of the face and one shows the chin and lips. Based on my investigation, I believe Victim 1 is the person featured in the photographs on the advertisement. The advertisement lists the same phone number (ending in 8073) for customers to call and includes the same text that appeared on the June 12, 2024, ad listed above.

28. In PHILLIPS' cellular telephone, he utilizes the application TextFree. The telephone number used to communicate from this application to others is is the same phone number ending in 8073, listed on the commercial sex advertisements featuring Victim 1. On June 9, 2024, PHILLIPS received a text on the TextFree telephone number and the telephone number: "You still in Ames...Sup...you in town..."

29. On the same date, PHILLIPS received another text: "Hey, saw your ad in STG, do you have a QV rate?" to which PHILLIPS replies, "Yea 300..."

30. PHILLIPS was in contact with another potential customer via PHILLIPS TextFree telephone number. This person sends, "goodmorning...available...?" which the reply is, "Hi...Yes in or out ? 400hh 500h..." The person sends, "You don't have a place...send a pic..." the reply is, "Yes I do...Age and race..." Which the person provides, "Asian...30..." This ends this communication.

31. There are numerous conversations of telephone numbers talking to PHILLIPS TextFree telephone number, and the context of those conversations are consistent with the arranging of meetings for commercial sex acts.

32. I located a video on PHILLIPS' cellular phone dated June 10, 2024, at or about 9:06 p.m. On this video, Victim 1 is visibly distraught, and she is kneeled down on the front passenger seat floorboard area of the vehicle talking to PHILLIPS. In the video, PHILLIPS' voice can be heard and it appears he is the person holding the device recording her. PHILLIPS is yelling at Victim 1 about causing a wreck and that Victim 1 going to pay for the damage. PHILLIPS directs Victim 1 to send him all the money in her CashApp. Victim 1 refuses and says, "I'm not doing that right now so I can be broke as shit...beat the fuck out of me, come on..." The video then ends.

4:24-mj-349

## CONCLUSION

33.     Based on the facts contained in this affidavit, there is probable cause to believe that Leon PHILLIPS has committed a violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(1) (sex trafficking by force, fraud, and coercion).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____
Luke Eblen, Vice and Narcotics Investigator
Des Moines Police Department

Subscribed and sworn to before me this 26th day of July, 2024.

_____
The Honorable Helen C. Adams
United States Magistrate Judge