FILED

AUG 2 1 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:24-cr-109 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| LEON ARTHUR KEITH PHILLIPS, | ) | T. 18 U.S.C. § 1591(a)(1) |
| | ) | T. 18 U.S.C. § 1591(b)(1) |
| Defendant. | ) | T. 18 U.S.C. § 1594(a) |
| | ) | T. 18 U.S.C. § 1952(a)(3)(A) |
| | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(D) |
| | ) | T. 21 U.S.C. § 859 |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Sex Trafficking by Force, Fraud, and Coercion)**

From in or about May 2024, and continuing through in or about June 2024, in the Southern District of Iowa, the defendant, LEON ARTHUR KEITH PHILLIPS, attempted to and did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means a person, Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of these means, would be used to cause Victim 1 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 1594(a).

## THE GRAND JURY FURTHER CHARGES:

### COUNT 2
### (Travel Act – Facilitate Prostitution)

From in or about May 2024, and continuing through in or about June 2024, in the Southern District of Iowa, the defendant, LEON ARTHUR KEITH PHILLIPS, did knowingly use a facility of interstate and foreign commerce, namely a cellular telephone and the Internet, with the intent to promote, manage, establish, and carry on an unlawful activity, that is, a prostitution offense, and thereafter performed an act to promote, manage, establish and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

. This is a violation of Title 18, United States Code, Section 1952(a)(3)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
(Distribution to Person Under Age Twenty-One)

From in or about May 2024, and continuing through in or about June 2024, in the Southern District of Iowa, the defendant, LEON ARTHUR KEITH PHILLIPS, a person at least eighteen years of age, knowingly and intentionally distributed marijuana, a Schedule I controlled substance to Victim 1, a person under twenty-one years of age.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and 859.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Amy Jennings
Assistant United States Attorney