IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>LEON ARTHUR KEITH PHILLIPS<br>    Defendant. | CASE NO.     4:24-cr-109 |

SENTENCING MEMORANDUM

Comes Now the Defendant by and through counsel and submits his sentencing memorandum and states as follows:

1.  The Presentence Investigative Report has been filed; the Defendant filed one objection to the report which related to paragraph 50 and a finding that the victim was restrained. The guideline references "if any person's freedom of movement was restricted through physical contact or confinement, such as by being tied, bound, or locked up," The conduct referenced in the discovery materials and summarized in the presentence investigative report is not to be condoned, but does not appear to arise to the level described in the amendments. The Defendant does not dispute the alleged conduct and asks the Court to determine if the conduct referenced in the final presentence report meets the requirements for the enhancement for physical restraint.

2.  The undersigned believes the sentencing will likely take about 30 to 45 minutes.

3.  The undersigned does not plan to call any witnesses in support of the Defendant at the time of sentencing. The Defendant may exercise his right of allocution.

4.  The Defendant may offer letters of support and recommendation in support of a reduction in his sentence.

5.  The Defendant will ask the Court to impose no worse than the mandatory minimum sentence.

6.  The Defendant will ask the Court to consider granting a downward variance based on:

   a.  Difficult childhood and early adulthood

   b.  Substance abuse and addiction,

   c.  Mental health, and

   d.  Family circumstances,

Wherefore the Defendant respectfully requests the Court to impose the lowest sentence which is consistent with the goals or objectives of sentencing.

Respectfully submitted,

By:  /s/ Christopher A. Clausen
   Christopher A. Clausen
   AT0001553
   Clausen Law Office
   315 – 6th Street, Suite 201
   Ames, Iowa 50010
   Electronic Mail:   chris@cacloia.com
   Telephone:         515-663-9515
   Cell phone         515-422-6364
   Facsimile:          515-663-9517

   Attorney for Defendant

Original

   Electronically filed

Hard copies to:

   LAKP

   CLO file

I electronically filed this document with the Clerk of Court using CMECF which will notify all attorneys of record of its filing.  /s/ Christopher A. Clausen